■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

RANDOLPH "RICCARDO" SCOTT, Appellant.—Judgment unanimously affirmed (see, People v Thill, 52 NY2d 1020, 1021, cert denied 454 US 829). (Appeal from Judgment of Niagara County Court, DiFlorio, J.—Criminal Mischief, 3rd Degree.) Present—Green, J. P., Pine, Balio, Davis and Doerr, JJ.